## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BOBBY JAMES MOORE,<br><br>        Plaintiff,<br><br>v.<br><br>THE KROGER CO., XYZ CORPORATIONS 1-3, and JOHN DOES 1-3,<br><br>        Defendants. | Civil Action File No.:<br><br>_____<br><br>Removed from Cobb County State Court, Civil Action No. 22-A-1054<br><br>JURY TRIAL DEMANDED |

COMES NOW Defendant The Kroger Co. (hereinafter referred to as "Defendant" or "Kroger"), by and through undersigned counsel, and shows this Honorable Court the following:

1.

This action was filed in the State Court of Cobb County, Georgia, said county being part of the Northern District of Georgia.  (N.D.G.A. Local Rule 3.1(A), LR App. A, I).  This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries and medical expenses, and the United States District Court for the Northern District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties.

3.

A true and correct copy of all process, pleadings, and orders served upon Defendant The Kroger Co. in this action is attached hereto as Exhibit "A."

4.

The matter in dispute exceeds $75,000.00, the statutory amount in controversy, exclusive of interest and costs, as evidenced by Plaintiff's *Demand Letter* dated August 19, 2021 wherein Plaintiff set forth a claim for medical expenses of not less than $79,748.00, and demanded payment of $400,000 for the alleged incident. (Exhibit "B" attached hereto).

5.

(a)     At the time of the commencement of this action in Cobb County State Court, and since that time, plaintiff Bobby James Moore ("Plaintiff") was and is now, a citizen of Georgia.

(b)   Defendant Kroger at the time this action was commenced and at the present time, was and still is a corporation, incorporated and existing under and by virtue of the laws of Ohio having its principal place of business in Ohio, and a citizen of Ohio.

6.

The matter in controversy is between citizens of different States and, as outlined above, the amount in controversy exceeds $75,000.00.

7.

Accordingly, this action, over which the United States District Court for the Northern District of Georgia has original jurisdiction under 28 U.S.C. § 1332, is removable to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441.

8.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1441, 1391, and 90(a)(4); see also N.D.G.A. Local Rules LR 3.1(B)(1)(a) and LR App. A, I.

9.

As required by 28 U.S.C. § 1446(d), Defendant shall give written notice hereof to all adverse parties and shall file a copy of this *Notice of Removal* with the Clerk of the State Court of Cobb County, Georgia.

10.

All defendants consent to this removal.

11.

The instant *Notice of Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)(1).

12.

Furthermore, the instant *Notice of Removal* is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the above-styled civil action.

WHEREFORE, Defendant The Kroger Co. requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this the 29th day of April, 2022.

**GRAY, RUST, ST. AMAND,**              */s/ Sarah Raquel L. Lisle*
**MOFFETT & BRIESKE, L.L.P.**           Matthew G. Moffett
950 East Paces Ferry Road, NE          Georgia Bar No. 515323
Suite 1700 – Salesforce Tower Atlanta  Sarah Raquel L. Lisle
Atlanta, Georgia 30326                 Georgia Bar No. 412593
Telephone:  (404) 870-7386             *Attorneys for Defendant The Kroger*
Facsimile:   (404) 870-1033            *Co.*

<u>CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1</u>

This is to certify that on this date, the undersigned served a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Inna Voronkina, Esq.
FOY & ASSOCIATES, P.C.
3343 Peachtree Road, NE
Suite 350
Atlanta, GA 30326

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

Respectfully submitted, this the 29th day of April, 2022.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7386
Facsimile:    (404) 870-1033

*/s/ Sarah Raquel L. Lisle*
Matthew G. Moffett
Georgia Bar No. 515323
Sarah Raquel L. Lisle
Georgia Bar No. 412593
*Attorneys for Defendant The Kroger*
*Co.*